# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:13-CR-1439 |
| | § | |
| FIDEL SALINAS JR | § | |

## ORDER GRANTING UNOPPOSED CONTINUANCE

Came on to be considered Defendant Salinas's Motion for Continuance which was unopposed by the Government, and the Court, after considering same, finds that the failure to grant the Defendant's Motion for Continuance would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the unopposed Motion for Continuance of Defendant, Fidel Salinas, Jr., is hereby **GRANTED,** and this case is continued for the reasons stated above.

It is further **ORDERED** that the Final Pretrial (previously set for October 29, 2014) in this case is hereby reset for November 20, 2014, at 9:00 a.m. and Jury Selection is hereby reset for December 2, 2014, at 9:30 a.m. in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, McAllen, Texas.

SO ORDERED this 25th day of September, 2014, at McAllen, Texas.

_____
Randy Crane
United States District Judge